IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN FRANCIS,<br>    ID # 02253451,<br>        Plaintiff,<br><br>v.<br><br>FNU LNU,<br>        Defendant. | §<br>§<br>§<br>§<br>§  No. 3:25-CV-481-X-BW<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and by separate judgment, the Court will **DISMISS** the complaint, received on February 25, 2025 (Dkt. No. 3), without prejudice for improper venue.

**SO ORDERED** this 20th day of August, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE